IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD DUNAHUE                                                           PLAINTIFF
ADC #106911

v.                               CASE NO. 5:15-CV-00276 BSM

RANDY WATSON, et al.                                                     DEFENDANTS

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Juge Beth Deere [Doc. No. 36], plaintiff Reginald Dunahue's objections [Doc. No. 37], and Dunahue's reply [Doc. No. 38] have been reviewed. After reviewing the record, the PRD is adopted.

The PRD is adopted for the reasoning provided therein, but also because Dunahue cannot meet the heavy burden required by his request. His motion for an injunction asks for "access to the media-news 7 days a week, w/o any restrictions, blocks and stupid conditions." Mot. 2, Doc. No. 33. Similarly, his complaints demand that the "Varner Max-news broadcast system [be] repaired" and that his "AM & FM-radio set" be returned, Compl. at 9–10, Doc. No. 2, so that he can "watch news, hear news, and read news," Am. Compl. 2, Doc. No. 6. In such situations, Dunahue's burden is particularly heavy because granting the injunction would not maintain the status quo, but rather change conditions and grant relief as if he had won a full trial on the merits. *Sanborn Mfg. Co., Inc. v. Campbell Hausfeld/Scott Fetzer Co.*, 997 F.2d 484, 486 (8th Cir. 1993).

Accordingly, Dunahue's motion for a preliminary injunction [Doc. No. 33] is denied.

IT IS SO ORDERED this 19th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE