IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD L. DUNAHUE                                                                    PLAINTIFF
ADC #106911

v.                          CASE NO. 5:15-CV-00276 BSM

RANDY WATSON, et al.                                                                 DEFENDANTS

## ORDER

The recommended disposition [Doc. No. 47] submitted by United States Magistrate Judge Beth Deere and plaintiff Reginald Dunahue's objections [Doc. No. 48] have been reviewed. After *de novo* review of the record, the recommended disposition is adopted in its entirety. Accordingly, defendants' motion for summary judgment [Doc. No. 42] is granted, and Dunahue's claims are dismissed with prejudice.

IT IS SO ORDERED this 31st day of October 2017.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE