IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**REGINALD L. DUNAHUE**                                                          **PLAINTIFF**
**ADC #106911**

v.                  CASE NO. 5:15-CV-00276 BSM

**RANDY WATSON, et al.**                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of October 2017.

                                                            _____
                                                           UNITED STATES DISTRICT JUDGE